cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ONE 2005 MERCEDES BENZ SL 55, CA LICENSE NUMBER 5KLM842, VIN NO. WDBSK74F65F091837, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2002 FORD THUNDERBIRD, CA LICENSE NUMBER 4WPL980 VIN NO. 1FAHP60A82Y110461, ITS TOOLS AND APPURTENANCES,<br><br>ONE 1993 CHEVROLET SS454 TRUCK, CA LICENSE NUMBER 5Y83630, VIN NO. 1GCDC14N3PZ187681, ITS TOOLS AND APPURTENANCES,<br><br>$3,412.00 IN U.S. CURRENCY,<br><br>    Defendants. | Civil No.06cv1188 LAB (AJB)<br><br>Order Vacating Settlement Status Conference and Scheduling Settlement Disposition Conference |

  Upon advice of counsel that this matter has settled in its entirety, the Settlement Status Conference currently scheduled before Magistrate Judge Battaglia on September 7, 2006 is hereby VACATED.

///

///

A Settlement Disposition Conference will be held *October 18, 2006*, at *9:00 a.m.* in the chambers of Magistrate Judge Battaglia. Counsel and all parties *shall appear in person* unless a signed stipulation for dismissal of this case is filed and **a copy of the signed stipulation is provided to the chambers of Magistrate Judge Battaglia no less than 24 hours prior to the scheduled conference**. **Monetary sanctions shall be imposed for failure to comply with this order**.

IT IS SO ORDERED.

DATED:   September 7, 2006

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court