cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ONE 2005 MERCEDES BENZ SL 55, CA LICENSE NUMBER 5KLM842, VIN NO. WDBSK74F65F091837, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2002 FORD THUNDERBIRD, CA LICENSE NUMBER 4WPL980 VIN NO. 1FAHP60A82Y110461, ITS TOOLS AND APPURTENANCES,<br><br>ONE 1993 CHEVROLET SS454 TRUCK, CA LICENSE NUMBER 5Y83630, VIN NO. 1GCDC14N3PZ187681, ITS TOOLS AND APPURTENANCES,<br><br>$3,412.00 IN U.S. CURRENCY,<br><br>        Defendants. | Civil No.06cv1188 LAB (AJB)<br><br>ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE |

///

///

///

///

///

1  For good cause shown, the Court hereby continues the October 18, 2006 Settlement Disposition
2  conference in the above entitled action to *November 1, 2006 at 9:00 a.m.*  Counsel have been notified
3  telephonically of this change.
4  IT IS SO ORDERED.

6  DATED: October 17, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court